JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JORGE FLORES ET AL

**FILED**
APR 1 3 2001

Michael N. Milby
Clerk of Court

## DEFENDANTS

U S CUSTOMS

**B-01-057**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE.  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DENIS A DOWNEY ATTORNEY
1185 FM 802 SUITE 3
BROWNSVILLE TEXAS 78526-1538

ATTORNEYS (IF KNOWN)
VERNON L LEWIS/ASSISTANT U S ATTORNEY
910 TRAVIS SUITE 1500
P O BOX 61129
HOUSTON TEXAS 77208-1129-  713/567-9605

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. SECTION 1331 PETITION FOR REMOVAL

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____  DOCKET NUMBER _____

DATE
4/12/01

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**FILED**

APR 1 3 2001

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| JORGE FLORES, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CASE NO.  B-01-057 |
| v. | § | |
| | § | |
| U.S. CUSTOMS SERVICE, | § | |
| | § | |
| Defendant | § | |
| | § | |

### NOTICE OF REMOVAL TO
### U.S. DISTRICT COURT  FOR THE SOUTHERN DISTRICT OF  TEXAS

The Secretary, Department of the Treasury, by and  through the undersigned Assistant

United States Attorney, pursuant to 28 U.S.C. §1441, respectfully represents the following:

1.     The United States Customs Service is named as a defendant in <u>Jorge Flores,</u>

<u>Individually and as a Class Action Representative v. The United States Customs Service</u>, 138th

State District Court, Cameron County, Texas.  The case was filed on March 14, 2001, and the case

has not come to trial.  Attached to this Notice as Composite Exhibit "A" are copies of those

documents required by Local Rule 81, which governs removal.

2.     This action is one which may be removed to this Court pursuant to 28 U.S.C. §1442

because the named defendant is a federal agency, United States Customs Service.  Furthermore,

pursuant to 28 U.S.C. § 1331, removal is appropriate if the Complaint contains claims that "arise

under" federal law.  See, e.g., <u>Wisconsin Department of Corrections v Schacht</u>, 118 S.Ct. 2047

CSMPDF - www.fasoo.com

(1998).  In this case, Plaintiff specifically lists 42 U.S.C. §2000e ("Title VII" ) and the U.S. Constitution, as bases for the suit.

3.    Moreover, Title VII provides that the United States District Courts shall have exclusive jurisdiction to hear claims brought by federal employees against their employers under Title VII.. See 42 U.S.C. §§2000e-16 and 2000e-5(3).

4.    Finally, when a federal employees sues his employer under Title VII, "the head of the department, agency, or unit" employing the aggrieved employee is the proper defendant.  42 U.S.C. §2000e-16(c), see also, 28 U.S.C. §1442.

5.    In light of the foregoing, Defendant respectfully submits that this action should be removed from Cameron County District Court to the this Honorable Court.

6.    Written notice of the filing of the Notice of Removal has been served on all parties in this lawsuit and a copy of the Notice of Removal has been filed with the Clerk of the District Court of Cameron County, Texas.  A copy of Notice to State Court of Filing of Notice of Removal is attached to this pleading and marked as Exhibit "B."

WHEREFORE, the undersigned respectfully requests that matter be removed from

Cameron County District Court to this Honorable Court..

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
VERNON L. LEWIS
Assistant United States Attorney
Texas Bar Number: 12308800
KEITH O. WYATT
Assistant United States Attorney
Texas Bar Number is 22092900
Attorneys in Charge for Defendant
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9605
Fax: (713) 718-3303

Composite Exhibit "A"
are copies of those documents required by Local Rule 81, which governs removal.



CAUSE NO. 2001 - 03 - 1233 - B

| | | |
|---|---|---|
| JORGE FLORES INDIVIDUALLY AND AS A | § | IN THE DISTRICT COURT OF |
| CLASS ACTION REPRESENTATIVE | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE UNITED STATES CUSTOMS | § | |
| SERVICE | § | _138th_ JUDICIAL DISTRICT |
| Defendant. | § | |

(*LEVEL TWO DISCOVERY*)

(*JURY DEMAND MADE*)

**PLAINTIFF'S ORIGINAL PETITION**

FILED _4:20_ O'CLOCK _P_ M
AURORA DE LA GARZA DIST CLERK

MAR 14 2001

DISTRICT ... CAMERON COUNTY, TEXAS
... DEPUTY

TO THE HONORABLE COURT:

COMES NOW Plaintiff herein and would show as follows:

I.

Plaintiff Jorge Flores sues on his behalf and on behalf of a class of similarly situated United States Customs employees.

II.

The Defendant, The United States Customs Service is an agency of the United States government and may be served by certified mail by serving the United States Attorney for the Southern District of Texas, the United States Attorney General, and the Acting Commissioner of Customs, Charles Winwood.

III.

Plaintiffs are a group of United States Customs employees, past and present, who are, or were, assigned to the District which encompasses ports of entry along the United States/Mexican

CIMPDF - www.fenitio.com

border between Brownsville and Laredo. Plaintiff Flores is a Customs employee who has suffered racial discrimination perpetrated by the United States Customs Service for many years. Much of such discrimination has been effected by James M. Wilder, Robert Trotter, Samuel Banks, and David P. Higgerson, U.S. Customs supervisors. As a long time Customs employee said Plaintiff has experienced racial discrimination typically directed against Hispanics who have been employed by Customs or against employees married to Hispanics in this Southern Texas border region. This case generally involves rights under the laws of the State of Texas, 42, U.S.C. § 2000e, et seq., and the Constitution of the United States of America.

IV.

Historically Hispanic U.S. Customs employees and those employees married to Hispanics in the hereinabove described Southern Texas administrative region have suffered discrimination based on race in the following manner:     Hispanic Customs employees or those employees with Hispanic spouses have been promoted less often and to lower positions when promoted than have their non-Hispanic co-workers. Hispanic Customs workers have been subjected to more frequent disciplinary actions and have been punished more severely than non-Hispanics in similar circumstances. Plaintiff would show, for example, that while non-Hispanic Customs employees who pursued a border runner in the Northeast United States were given glowing commendations and celebrity status, local Hispanic employees who performed a similar, conscientious act of Customs' enforcement were instead disciplined for their similarly conscientious enforcement acts. Plaintiff would further show that Hispanic Customs employees have been discriminated against because of their race in transfers and in overtime availability. Further, Plaintiff says that Hispanics have been singled out by Defendant U.S. Customs and libeled and slandered by said entity in knowingly or

recklessly false reports generated by said Defendant claiming that border Customs inspectors who are Hispanic and who have roots in the border area, are especially dishonest and prone to corruption. Plaintiffs further say that in the McAllen, Texas area, senior inspectors, recently appointed (in an apparent attempt to try to defuse this litigation) are nonetheless being discriminated against by relegating such "promoted" individuals to a status depriving them of the experience which will be required for subsequent promotions.

V.

Plaintiff says that as a result of the hereinabove described racial discrimination that all Hispanic employees and those with Hispanic spouses in the above described administrative region have suffered significant economic losses, to wit: lost income in the form of lower wages and lost overtime opportunities, lost pension benefits, incidental and unreimbursed relocation expenses, as well as mental anguish relating to the stigma of not being promoted, of being unfairly subjected to disciplinary hearings and to resultant unequal punishment, and of being characterized as inherently less honest than non-Hispanic Customs employees. A list of Customs employees who are specifically known to have been affected by Defendant's wrongful conduct is set forth in Exhibit A.

VI.

Plaintiff further says that with respect to administrative remedies provided by Title VII, that Defendant has also discriminated against Hispanics by willfully delaying Title VII cases brought by Hispanics through bad faith delay tactics and by intentionally destroying administrative records so as to impair the ability of all Hispanic Customs employees, everywhere, to effectively exhaust EEOC remedies. As a result of said wrongful conduct, which in one case has caused a seven year delay in addressing Hispanic Customs' employees' EEOC complaints, Plaintiff and others similarly situated

CUtePDF - www.cutepdf.com

are effectively without an EEOC administrative remedy. In that regard Plaintiff would show that with respect to some of this class of Customs employees, and with respect to particular employees like Plaintiff Flores, that more than 180 days have passed since EEOC charges were filed and that the Attorney General of the United States has not filed any civil case thereto, nor has any party entered into any conciliation agreement to which Plaintiff Flores is a party, and that, accordingly, the named Plaintiff has exhausted his administrative remedies as required by Title VII.

VII.

Plaintiff says that the class has been denied the equal application of the laws in violation of the Fifth Amendment to the United States Constitution. In this regard Plaintiff says that this class has been subjected to discrimination based upon race.

VIII.

Plaintiff further says that Defendant has, in violation of Title VII of the Civil Rights Act of 1964, discriminated against this class in employment because of race. In this regard Plaintiff would show that some of this class are non-Hispanic agents who have been forced to work in a hostile racial environment caused by Defendant's discrimination directed against Hispanics or on non-Hispanics with Hispanic spouses, the result of which has been to cause racial strife in the employment ranks in the hereinabove mentioned border administrative region. Plaintiff Flores says that by reason of the untimely disposition of his EEOC charge, and by reason of the fact that class members are similarly situated in that any EEOC charges which could be brought on their behalf would not be timely processed by the EEOC. Moreover, because, given the long history of Defendant's dilatory EEOC conduct, Plaintiff says that the members of this class, generally, would have no meaningful EEOC administrative remedy.

## IX.

## EQUITABLE RELIEF

Plaintiff further says that this class does not have a complete and adequate remedy at law and thus members are entitled to injunctive and other equitable relief to remedy those wrongs committed and likely to be committed against this class of U.S. Customs employees. Accordingly, Plaintiff seeks permanent equitable relief necessary to prevent irreparable damage. Specifically, but not limited to same, Plaintiff requests that this Court order Defendant to fairly distribute overtime work, to desist from unfairly subjecting the class to disciplinary proceedings, to desist from assessing greater disciplinary punishments to Hispanics, to order that all Hispanic employees in this class of border employee be re-evaluated for promotions by an independent arbitrator and that those in this class deemed to have been unfairly denied promotions be retroactively, with pay, promoted, that the Court order Defendant to desist from racially motivated transfers, that the Court order Defendant to run display advertisements in all area newspapers apologizing for the racial slur suggesting that Hispanic Customs employees are more dishonest and more subject to corruption than non-Hispanic customs employees, and that the Court order that non-Hispanic or non-minority Customs supervisors be compelled to attend racial sensitivity classes.

## X.

Plaintiff says that the class which Plaintiff seeks to represent is so numerous that the joinder of all members is impracticable and, in many cases, all members are not identifiable since many in the class have left the employment of U.S. Customs or have retired. Plaintiff further says that there are questions of fact and law common to the class, that Plaintiff's claims are similar if not identical to the class, and that Plaintiff will fairly and adequately protect the interests of the class. Plaintiff

further says that separate prosecutions, wherever technically possible, would create the risk of inconsistent adjudication.

XI.

Plaintiff further says that all conditions precedent have been performed or have occurred.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays as follows:

1. That citation issue and be served upon Defendant through its duly designated agents;

2. That Plaintiff and Plaintiff's class have and recover actual damages, punitive damages, attorneys fees, costs of court, pre and post-judgment interest;

3. That Plaintiff and Plaintiff's class be granted equitable relief;

4. That Plaintiff and Plaintiff's class have such other and further relief to which they may be entitled.

Respectfully Submitted,

DENIS A. DOWNEY
Bar No. 06085500
Federal No. 1186
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
956-544-0561 / 956-544-0562 (FAX)

ATTORNEY FOR PLAINTIFF

# EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 1. | Guillermo Acuña | 42. | Gustavo Garcia | 83. | Leonel Rios, Jr. |
| 2. | Noe Alcala | 43. | Hector Garcia | 84. | Francisco Rivera |
| 3. | Graciano Araguz, Jr. | 44. | John Michael Garcia | 85. | Cecilia Rodriguez |
| 4. | Aaron A.  Argullin | 45. | Sabrina A. Garcia | 86. | Israel Rodriguez |
| 5. | Anastacio Armijo, II | 46. | Laura Garza | 87. | Rolando R. Rodriguez |
| 6. | David Atkinson | 47. | Richard Garza | 88. | Eutimio Ruedas |
| 7. | Carlos T. Atkinson | 48. | Rigoberto Garza | 89. | Mike Ruedas |
| 8. | Mirta C. Balderston | 49. | Martin Gomez | 90. | Glen Salas |
| 9. | Roel Balli | 50. | Robert Gonzalez | 91. | Rolando Salinas |
| 10. | Francisco Barrera | 51. | Urban Gonzalez | 92. | Downey Sanchez |
| 11. | Sylvia Bennett | 52. | Carlos Guajardo | 93. | Gilberto Sanchez |
| 12. | George Bennett, Jr. | 53. | David Guerra | 94. | Roberto Santillan |
| 13. | Anacleto Botello | 54. | Baldemar Hernandez | 95. | Guillermo Serrata, Jr. |
| 14. | Leo Buentello | 55. | Carlos Hernandez | 96. | David Solis |
| 15. | Byron Cagle | 56. | Carlos J. Hernandez | 97. | Ramiro Soliz |
| 16. | Romeo G. Canales, Jr. | 57. | Alfredo Ibanez | 98. | William Stewart |
| 17. | Domingo Cantu, III | 58. | Richard Krause | 99. | Domingo Tamez, Jr. |
| 18. | Homero Cardenas | 59. | Irma Leal | 100. | Luz A. Tellez |
| 19. | Armando Casares | 60. | Luciano B. Leal | 101. | Jose J. Treviño |
| 20. | Marco A. Castillo | 61. | Hector Liendo | 102. | Ruben Vargas |
| 21. | Richard A. Castillo | 62. | Antonio Lopez | 103. | Andres Vega |
| 22. | Carlos Alberto Castro | 63. | Antonio Lopez, III | 104. | Benito S. Villa |
| 23. | Manuel Cerda, Jr. | 64. | Roel Mancha | 105. | Johnny Whiting |
| 24. | Edith Clarke | 65. | Keith Martin | 106. | David L. Young |
| 25. | Brenda Cordova | 66. | Federico Martinez, Jr. | 107. | Leonel Zamora |
| 26. | Ricardo Cortez | 67. | Lizandro Martinez, Jr. | | |
| 27. | Ismael Cruz | 68. | Juana P. Melendez | | |
| 28. | John S. Deck | 69. | Margot Moczygemba | | |
| 29. | Olga A. DeLuna | 70. | Raul Montero | | |
| 30. | Hiram R. Dorado | 71. | Alberto Z. Morales | | |
| 31. | Jose Escañuela | 72. | Ricardo Muñoz | | |
| 32. | Daniel Espinoza | 73. | Jose G. Ochoa | | |
| 33. | Jaime Estrada | 74. | Eduardo J. Olivarez | | |
| 34. | Antonio Flores | 75. | David Peña | | |
| 35. | Benjamin Flores | 76. | Rick D. Perez | | |
| 36. | Victor Flores | 77. | Carlos A. Pulido | | |
| 37. | Jorge R. Frias | 78. | Ricardo Ramirez | | |
| 38. | Alfonso Z. Garcia | 79. | Cipriano Ramon | | |
| 39. | Baldemar Garcia | 80. | Norberto C.  Rangel | | |
| 40. | Celso Garcia | 81. | Ronaldo Reyes | | |
| 41. | Daniel Garcia | 82. | Benito Reyes, Jr. | | |

Department of Justice
OFFICE OF THE ATTORNEY GENERAL
10th St. & Constitution Ave. NW
Washington, DC 20530


Southern District of Texas
U.S. ATTORNEY
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208


Charles Winwood
ACTING COMMISSIONER OF CUSTOMS
Department of the Treasury
United States Customs Service
1301 Constitution Avenue, Room 3136
Washington, D.C. 20229

Citation for Personal Service  - BY CERTIFIED MAIL    Cit. Seq. # 5.002.01

No. 2001-03-001233-B

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE UNITED STATES CUSTOMS SERVICE
    BY SERVING
    THE DEPARTMENT OF JUSTICE
    10TH ST & CONSTITUTION AVE. NW
    WASHINGTON, DC 20530

the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on __MARCH 14, 2001__.  A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001233-B.

The style of the case is:

JORGE FLORES INDIVIDUALLY AND ET AL
VS.
THE UNITED STATES CUSTOMS SERVICE

Said petition was filed in said court by _____HON. DENIS A. DOWNEY_____ (Attorney for _____PLAINTIFF_____ ), whose address is 1185 F.M. 802, SUITE 3 BROWNSVILLE, TX  78526-1538                          .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 14th day of __MARCH__ , A.D. 2001.

_____AURORA DE LA GARZA_____ , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78520

By: _____  Deputy
        Josy Mendez

**ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2): The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

| NAME OF PREPARER | | TITLE |
|---|---|---|
| ADDRESS | | |
| CITY | STATE | ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 14th of

MARCH  2001,  I mailed to

THE UNITED STATES CUSTOMS SERVICE

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO.   1700900742
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA  District Clerk
Cameron County, Texas

By: _____ Deputy
    Josy Mende

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. _____ te of Delivery<br><br>C. Signature<br>X **DEPARTMENT OF JUSTICE**  ☐ Agent ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No |
| 1  Article Addressed to:<br><br>THE UNITED STATES CUSTOMS SERVICE<br>BY SERVING THE DEPARTMENT OF JUSTICE<br>10TH ST. & CONSTITUTION AVE. NW<br>WASHINGTON, TX 20530 | *Ernest J. Parker*<br>**SUPERVISOR**<br><br>3.  Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4.  Restricted Delivery? *(Extra Fee)*      ☐ Yes |
| 2  Article Number *(Copy from service label)*<br>1700900742 | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

United States Postal Service

| | First-Class Mail |
| | Postage & Fees Paid |
| | USPS |
| | Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •
2001-03-001233-B
03/14/01 - CIT

AURORA DE LA GARZA
DISTRICT CLERK
CAMERON COUNTY
974 EAST HARRISON STREET
BROWNSVILLE TX 78520



___9:00___ O'CLOCK ___ M

AURORA DE LA GARZA DIST. CLERK

APR 04 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
                                    DEPUTY

ORIGINAL

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2001-03-001233-B

T H E   S T A T E   O F   T E X A S

    NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: THE UNITED STATES CUSTOMS SERVICE
    BY SERVING:
    SOUTHERN DISTRICT OF TEXAS
    910 TRAVIS, SUITE 1500
    P.O. BOX 61129
    HOUSTON, TX 77208
the     DEFENDANT    , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION     was filed on  MARCH 14, 2001 . A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001233-B.

The style of the case is:

JORGE FLORES INDIVIDUALLY AND ET AL
VS.
THE UNITED STATES CUSTOMS SERVICE

Said petition was filed in said court by     HON. DENIS A. DOWNEY (Attorney for     PLAINTIFF    ), whose address is 1185 F.M. 802, SUITE 3 BROWNSVILLE, TX 78526-1538

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 14th day of  MARCH , A.D. 2001.

AURORA DE LA GARZA   DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _____ , Deputy
    Josy Mendez

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY    MAIL |
|---|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. | I hereby certify that on the <u>14th</u> of <u>MARCH</u>  <u>2001</u>,  I mailed to <u>THE UNITED STATES CUSTOMS SERVICE</u> |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. | by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto. |
| NAME OF PREPARER          TITLE | CERTIFIED MAIL NO.   <u>1700900834</u> RETURN RECEIPT REQUESTED DELIVER TO ADDRESSEE ONLY |
| ADDRESS | AURORA DE LA GARZA                      Clerk Cameron County, Texas |
| CITY          STATE          ZIP | By: _____  Deputy        Josy Mendez |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery<br>3/19/01<br><br>C. Signature<br>X  *signature*    ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☒ No |
| 1  Article Addressed to<br><br>THE UNITED STATES CUSTOMS SERVICE<br>BY SERVING: SOUTHERN DISTRICT OF TEXAS<br>910 TRAVIS, STE 1500<br>P.O. BOX 61129 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>1700900834 | |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

2001-03-001233-B
03/14/01 - CIT

AURORA DE LA GARZA
DISTRICT CLERK
CAMERON COUNTY
974 EAST HARRISON STREET
BROWNSVILLE TX 78520

FILED 9:00 O'CLOCK M
AURORA DE LA GARZA DIST. CLERK

MAR 2 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEP

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26 TRCP

CASE NO  2001-03-001233-B

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR | |

| | | | | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| JORGE FLORES INDIVIDUALLY AND ET AL,<br><br>VS<br><br>THE UNITED STATES CUSTOMS SERVICE | 000005901<br>HON. DENIS A. DOWNEY<br>1185 F.M. 802, SUITE 3<br>BROWNSVILLE, TX  78526 1538 | (10)<br>DAMAGES | | 03 | 14 | 01 |

JURY FEE $

PAID By

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | |

CutePDF - www.tesis.com

Case 1:01-cv-00057   Document 1   Filed in TXSD on 04/13/2001   Page 23 of 30

```
RUN DATE 04/10/01                                                PAGE: 01
RUN TIME 1:55 PM                              2001-03-001233-B

      *    *    *    C L E R K ' S    E N T R I E S    *    *    *

                    00005901                          03      14      01
                    HON. DENIS A. DOWNEY
                    1185 F.M. 802, SUITE 3
                    BROWNSVILLE, TX    78526 1538

JORGE FLORES INDIVIDUALLY AND ET AL       (10)                    30.00
                VS                        DAMAGES
THE UNITED STATES CUSTOMS SERVICE
                                                    DOWNEY, HON.
                                                    DENIS A.

            03/14/01  ORIGINAL PETITION FILED
            03/14/01  CITATION (CM): THE UNITED STATES
                      CUSTOMS SERVICE
                         SERVED: 03/19/01      FILED: 03/22/01
            03/14/01  CITATION (CM): THE UNITED STATES
                      CUSTOMS SERVICE
                         SERVED: 03/23/01      FILED: 04/04/01
            03/14/01  CITATION (CM): THE UNITED STATES
                      CUSTOMS SERVICE
                         SERVED:
            03/14/01  JURY FEE: Pd. by HON. DENIS A. DOWNEY
```

A copy of Notice to State Court of Filing of Notice of Removal is attached to this pleading and marked as Exhibit "B..

CAUSE NO. 2001-03-1233 B

| | | |
|---|---|---|
| **JORGE FLORES, ET AL.,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiffs** | § | **CAMERON COUNTY, TEXAS** |
| | § | |
| **v.** | § | **138th JUDICIAL DISTRICT** |
| | § | |
| **UNITED STATES** | § | |
| **CUSTOMS SERVICE,** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL

Please take notice that on April 12, 2001, the Defendant, United States Customs Service, by and through Assistant United States Attorney, Vernon Lewis, filed in the United States District Court, Southern District of Texas, Houston Division, a Notice of Removal. A copy of the Notice of Removal is attached to this Pleading pursuant to the requirements of 28 U.S.C. §1446(d)

In accordance with 28 U.S.C. §1446(d), the filing of a copy of the Notice of Removal with the Office of the Clerk for the District Court of Cameron County, Texas, properly effects the removal and the state court shall proceed no further unless the case is remanded.

Respectfully submitted,
MERVYN M. MOSBACKER
United States Attorney

By: _____
VERNON L. LEWIS
Assistant United States Attorney
Attorney in Charge for Defendant
Texas Bar Number: 12308800
KEITH O. WYATT
Assistant United States Attorney
Texas Bar Number is 22092900
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9605
Fax: (713) 718-3303

**GOVERNMENT
EXHIBIT
"B"**

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading

was sent via first class mail, on the _12th_ day of April, 2001, to the following:

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Attorney for Plaintiff

**VERNON L. LEWIS**
**ASSISTANT UNITED STATES ATTORNEY**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JORGE FLORES, ET AL.,** | § | |
| | § | |
| **Plaintiffs** | § | **CASE NO.**   **B-01-057** |
| | § | |
| **v.** | § | |
| | § | |
| **U.S. CUSTOMS SERVICE** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## INDEX OF MATTERS FILED

1.   Notice of Removal

2.   Notice to State Court of Filing of Notice of Removal

3.   Plaintiff's Original Petition

4.   State Court Docket Sheet

5.   Executed Process for United States Customs Service through the United States Department of Justice

6.   Executed Process for United States Customs Service through the United States Attorney's Office for the Southern District of Texas

CMPDF - www.fesisc.com

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading

was sent via first class mail, on the __12th__ day of April, 2001, to the following:


**VERNON L. LEWIS**
**ASSISTANT UNITED STATES ATTORNEY**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JORGE FLORES, ET AL.,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | **CASE NO.**  B-01-057 |
| **v.** | § | |
| | § | |
| **U.S. CUSTOMS SERVICE,** | § | |
| | § | |
| **Defendant** | § | |
| | § | |

## LIST OF COUNSEL OF RECORD

1.  VERNON L. LEWIS
    Assistant United States Attorney
    Texas Bar Number: 12308800
    910 Travis, Suite 1500
    P. O. Box 61129
    Houston, Texas 77208
    Phone: (713) 567-9605
    Fax: (713) 718-3303
    **Attorney in Charge for Defendant**

2.  KEITH O. WYATT
    Assistant United States Attorney
    Texas Bar Number is 22092900
    910 Travis, Suite 1500
    P. O. Box 61129
    Houston, Texas 77208
    Phone: (713) 567-9713
    Fax: (713) 718-3303
    **Attorney in Charge for Defendant**

3.  MR. DENIS A. DOWNEY
    1185 F.M. 802, Suite 3
    Brownsville, Texas 78526-1538
    **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading was sent via first class mail, on the 12th day of April, 2001, to the following:

**VERNON L. LEWIS**
**ASSISTANT UNITED STATES ATTORNEY**