4

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

JORGE FLORES §
§
§
versus § CIVIL ACTION: B: 01-57
§
§
UNITED STATES CUSTOMS SERVICE §

JUN 2 2 2001
Michael N. Milby, Clerk
By Deputy Clerk

# Order Resetting Conference

The initial pre-trial conference set for *August 13, 2001,* has been reset to:

## September 24, 2001 at 1:30 p.m.

Signed on _June 22_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge