United States District Court
Southern District of Texas
FILED

AUG 2 9 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JORGE FLORES, ET AL** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CASE NO.  01-CV-00057 |
| v. | § | |
| | § | |
| **U.S. CUSTOMS SERVICE,** | § | |
| | § | |
| Defendant | § | |
| | § | |

### DEFENDANT'S MOTION TO ACCEPT DEFENDANT'S MOTION TO RECONSIDER DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT AS TIMELY FILED

The Defendant, the Secretary of the Department of the Treasury, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to accept Defendant's Motion for Reconsideration, filed with today's date, as timely filed. The arguments in support of this Motion are as follows:

### BASIS FOR MOTION

This action was filed on March 4, 2001, in the District Court of Cameron County, Texas, and removed to this Honorable Court by the Defendant (D. E. # 1).

On May 25, 2001, Defendant filed its Motion to Dismiss and Motion for More Definite Statement (D. E. # 3). Defendant's Motion to Dismiss and Motion for More Definite Statement (D. E. # 3) was unopposed.

By Order dated August 17, 2001 (D. E. # 5), this Court denied the Motion to Dismiss and granted the Motion for More Definite Statement.

The undersigned had been out of the office attending a continuing legal education seminar from August 17, 2001 until August 25, 2001. The August 17, 2001 Order denying the Motion to Dismiss was first seen by the undersigned on Monday, August 27, 2001, the final day of the 10 day-deadline for filing a motion for reconsideration. The Motion to Reconsider for reconsideration was immediately prepared and submitted for filing the next day, Tuesday, August 28, 2001.

The undersigned respectfully submits that good cause exists for accepting the Motion to Reconsider as timely filed. The granting of this instant Motion will not cause any unnecessary delay and will not result in any unfair prejudice.

## CONCLUSION

In light of the foregoing, the Defendant, respectfully requests that this Court enter an Order granting the relief requested and all such further relief as this Court deems necessary and just.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
VERNON L. LEWIS
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 12308800
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9605
Fax: (713) 718-3303

Page -2-

Page -3-

OF COUNSEL:

Ms. Caroline Blessey
Office of the Associate Chief Counsel
US Customs Service
2323 South Sheperd Drive, Suite 1246
Houston, Texas 77019

Page -3-

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading was sent via facsimile and first class mail, on the 28th day of August, 2001, to the following:

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Fax: (956) 544-0562

_____
VERNON L. LEWIS
ASSISTANT UNITED STATES ATTORNEY

Page -4-

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| **JORGE FLORES, ET AL** § § | |
| **Plaintiffs,** § § | CASE NO.   01-CV-00057 |
| v. § § | |
| **U.S. CUSTOMS SERVICE,** § § | |
| **Defendant** § § | |

## ORDER GRANTING DEFENDANT'S MOTION TO ACCEPT DEFENDANT'S MOTION TO RECONSIDER DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT AS TIMELY FILED

Upon consideration of Defendant's Motion to Accept Defendant's Motion to Reconsider Defendant's Motion to Dismiss and Motion for More Definite Statement as Timely Filed, the pleadings, and the applicable law, the Court finds that the Motion is meritorious and should be granted. It is therefore

**ORDERED** that Defendant's Motion to Accept Defendant's Motion to Reconsider Defendant's Motion to Dismiss and Motion for More Definite Statement as Timely Filed is **GRANTED**.

Signed in Brownsville, Texas on the _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE