10

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

SEP 2 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JORGE FLORES, Individually and §
as a Class Action Representative §
§
versus § CIVIL ACTION NO: B: 01-057
§
§
UNITED STATES CUSTOM SERVICE §

## Order Resetting Conference

The initial pre-trial conference set for *September 24, 2001,* has been reset to:

**October 10, 2001 at 4:00 p.m.**

Signed on _September 21_, 2001 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge