UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE FLORES, ET AL | § |
| PLAINTIFFS, | § |
| | § CASE NO. B 01-CV-00057 |
| PAUL O'NEILL, | § |
| SECRETARY OF THE TREASURY, | § |
| DEFENDANT. | § |

## NOTICE OF FILING

The Defendant, the Secretary of the Department of the Treasury, by and through the undersigned Assistant United States Attorney, hereby files the following Exhibits in Support of its Motion to Dismiss the Amended Complaint:

1. Affidavit of Gilbert Kyle Jordan.

2. Investigative File Regarding Claims by Jorge Flores.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____
VERNON L. LEWIS
Assistant United States Attorney
Attorney in Charge
Texas Bar Number: 12308800
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9605
Fax: (713) 718-3303

OF COUNSEL:

Ms. Caroline Blessey
Office of the Associate Chief Counsel
US Customs Service
2323 South Sheperd Drive, Suite 1246
Houston, Texas 77019

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading was sent via facsimile and certified mail, return receipt requested, on September 20, 2001, to the following:

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Fax: (956) 544-0562

_____
VERNON L. LEWIS
ASSISTANT UNITED STATES ATTORNEY

# Affidavit of

Gilbert Kyle Jordan
Assistant Director (Mission Support)
South Texas Customs Management Center
United States Customs Service
Department of the Treasury

**STATE OF TEXAS**

**COUNTY OF WEBB**

Before me, the undersigned authority, personally appeared Gilbert Kyle Jordan, who being duly sworn, deposed as follows:
I, Gilbert Kyle Jordan am over 21 years of age, of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:
I am the Assistant Director (Mission Support) for the South Texas Customs Management Center (CMC). I have occupied this position (or the previous, equivalent position, titled "Mission Support Officer") since July, 1997. In my position, I am the chief of administrative affairs for the CMC, covering the areas of budget, financial integrity, procurement, personnel, facilities, automated data processing services, and training for the ten ports of entry that comprise the area administered by the CMC. I report directly to the Director, Field Operations (formerly titled "CMC Director), South Texas CMC.
In my position, I am familiar with the duties, position descriptions, pay grades, supervisory and non-supervisory status, and bargaining unit status of employees in our organization.
During my employment at the CMC, and until Mr. Flores' departure, he was a GM-1801-14 Port Director at the port of Brownsville, Texas. As such, he was not a uniformed employee, and he was not eligible to earn COPRA (Customs Overtime Pay Reform Act) overtime, the overtime pay system mandated by law only for certain uniformed officers. As a manager and supervisor, Mr. Flores was also not a member of the bargaining unit represented by the National treasury Employees Union, the exclusive representative labor organization for eligible Customs employees.
Mr. Flores supervised all employees at the Port of Brownsville, with the exception of Import Specialists at Los Indios, who were supervised by the Service Port of Laredo.

At the time Mr. Flores was the port Director at Brownsville, there were four employees in the CMC who had higher rank – the Director, Field Operations (Senior Executive Service Grade), the Port Director, Laredo (Grade 15), the Senior Process Manager at the CMC (Grade 15), and myself (Grade 15). There were five other Grade 14 employees, besides Mr. Flores – one Port Director, two Assistant Port Directors, the Enforcement Coordinator at the CMC, and the Fines, Penalties and Forfeitures Officer. The total personnel complement of the CMC was as many as 1,088 persons.

I have reviewed the list of 107 names, and all of them were ranked at a lower grade level and lower level of responsibility (none of them are port directors, even at smaller ports of entry, and the highest grade level for any of them is Grade 13). The employees on this list are uniformed employees from Brownsville and other ports within the South Texas CMC, with the exception of Sylvia Bennett (who I could not identify), Ricardo Cortez (a Customs Inspector in Chicago), Robert Gonzalez (a Customs Inspector at Canada pre-clearance), and Leo Buentello (a Criminal Investigator, formerly an Import Specialist).

Six of the individuals on the list are Grade 12 or 13 uniformed Supervisors. There is one Canine Enforcement Officer Team Leader, a uniformed non-bargaining unit employee (Byron Cagle).

As a Port Director, Mr. Flores was responsible for making decisions and recommendations regarding the employees on the list that worked at the port of Brownsville. While these individuals reported to him, or to his subordinates at the port, Mr. Flores reported to the Director, Field Operations, and as such he was part of the management of the CMC, at a higher level than any of the employees on the list.

_____
Gilbert Kyle Jordan
U.S. Customs Service
Laredo, Webb County, Texas

UBSCRIBED AND SWORN BEFORE ME on __18th__ day of __September__, 2001.

_____
Notary Public in and for
Webb County, Texas

LUCINDA M. MARTINEZ
MY COMMISSION EXPIRES
October 6, 2001

2 of 2