14

# COPY

## Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

OCT 10 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Roberts   ☐ Lehrman |
| DATE | 10 / 10 / 01 |
| TIME | ___ a.m. / ___ a.m.<br>4:00 p.m. / 4:30 p.m. |
| CIVIL ACTION | B - 01 - 57 |
| STYLE | Jorge Flores<br>*versus*<br>Paul O'Neil, Secretary of the Treasury |

DOCKET ENTRY

(HGT) ■ Pre-Trial Conference;   (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s): ____Denis A. Downey

Attorney(s) for Defendant(s): ____Vernon L. Lewis, AUSA, Carol Blessing, attorney for Customs, and Diane Judson, labor relations expert.

■   Rulings orally rendered on: Judge Tagle advised the parties that she intended to grant Customs' Motion for Reconsideration and grant Customs' Motion to Dismiss the class action by subsequent written order. Judge Tagle stated the reconsideration was based on an error in her previous Order in identifying the current regulatory scheme for administrative class actions. The grant of dismissal was based on Plaintiffs' failure to adequately exhaust administrative remedies as well as problems with the named Plaintiff's ability to represent the class. She then allowed the parties to present any arguments.

Mr. Lewis stated that Mr. Flores was an inadequate representative for the class because his claims were different from the other 107 identified Plaintiffs. Mr. Lewis stated Mr. Flores' claims were based on management review of his own employment record, not claims applying across the class.

Mr. Downey disagreed, stating that some of the other Plaintiffs have the same claims/causes of

action as other Plaintiffs. He also stated that there are 180, not 107, Plaintiffs. Mr. Downey then asked the Judge if the dismissal would apply to Mr. Flores' claims as well. Mr. Lewis had indicated that Customs' did not dispute Mr. Flores' ability to bring an individual action in federal court as he had exhausted his administrative remedies.

      The Judge indicated that she was not opposed to dismissing the class action elements, but retaining the case as it applied to Mr. Flores. Judge further indicated that she felt mediation was appropriate and would order the parties to mediation before Magistrate Judge Felix Recio on a date mutually acceptable to the parties.

ClibPDF - www.fastio.com