UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 25 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE FLORES, ET AL § | |
| § | |
| Plaintiffs, § | |
| § | CASE NO. 01-CV-00057 |
| v. § | |
| § | |
| U.S. CUSTOMS SERVICE, § | |
| § | |
| Defendant § | |
| § | |

## DEFENDANT'S MOTION TO SCHEDULE MEDIATION

The Defendant, the Secretary of the Department of the Treasury, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to schedule mediation to a date following December 15, 2001. The arguments in support of this Motion are as follows:

## BASIS FOR MOTION

This action was filed on March 4, 2001, in the District Court of Cameron County, Texas, and removed to this Honorable Court by the Defendant (D. E. # 1).

On October 10, 2001, during the scheduling conference, the Court dismissed the class action claims alleged in the Original Complaint.

Furthermore, during the October 10, 2001 hearing, the Court ordered that the parties attend mediation prior to trial.

To date, there has been no discovery in this cause. The Defendant respectfully submits that it cannot determine whether this cause can be or should be settled without conducting some limited discovery, including the taking the deposition of the Plaintiff.

Based solely upon the allegations in the Original Complaint (which has been dismissed, and there remains no superseding complaint setting forth Plaintiff Jorge Flores' claims), Defendant believes that the claims alleged are not legally viable, and, accordingly, mediation would not be fruitful or productive at this time.

In sum, absent some limited discovery, the Defendant respectfully submits that attending mediation at this time would not be a proper utilization of United States Magistrate Judge Felix Recio's time and experience.

To avoid the filing of the instant Motion, the undersigned contacted counsel for Plaintiff, Dennis Downey, by telephone and facsimile (a copy of the letter is attached as Exhibit "A") on October 23, 2001, and by telephone on October 24, 2001, but there has been no response from Mr. Downey.

The undersigned respectfully submits that good cause exists for accepting the Motion to Reconsider as timely filed. The granting of this instant Motion will not cause any unnecessary delay and will not result in any unfair prejudice.

## CONCLUSION

In light of the foregoing, the Defendant, respectfully requests that this Court enter an Order granting the relief requested and all such further relief as this Court deems necessary and just.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____
VERNON L. LEWIS
Assistant United States Attorney

Page -2-

Attorney in Charge
Texas Bar Number: 12308800
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Phone: (713) 567-9605
Fax: (713) 718-3303

OF COUNSEL:

Ms. Caroline Blessey
Office of the Associate Chief Counsel
US Customs Service
2323 South Sheperd Drive, Suite 1246
Houston, Texas 77019

## CERTIFICATE OF SERVICE

I, Vernon L. Lewis, do hereby certify that a true and correct copy of the foregoing pleading was sent via facsimile and first class mail, on October 24, 2001, to the following:

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538
Fax: (956) 544-0562

_____
VERNON L. LEWIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JORGE FLORES, ET AL** | § § | |
| Plaintiffs, | § § | CASE NO.   01-CV-00057 |
| v. | § § | |
| **U.S. CUSTOMS SERVICE,** | § § | |
| Defendant | § § | |
| | § | |

**ORDER GRANTING DEFENDANT'S
MOTION TO SCHEDULE MEDIATION**

Upon consideration of Defendant's Motion to Schedule Mediation, the pleadings, and the applicable law, the Court finds that the Motion is meritorious and should be granted. It is therefore

**ORDERED** that Defendant's Motion to Schedule Mediation is **GRANTED**. The Parties shall attend mediation before United States Magistrate Judge Felix Recio on _____ at _____ a.m. / p.m.

Signed in Brownsville, Texas on the \_\_\_\_\_ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE

# U.S. Department of Justice

*United States Attorney*
*Southern District of Texas*

---

**Writer's E-Mail Address**
*Vernon Lewis@justice.usdoj.gov*

910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129

Phone: (713) 567-9605
Fax:   (713) 718-3303

October 23, 2001

**VIA US MAIL & FACSIMILE**

Mr. Denis A. Downey
1185 F.M. 802, Suite 3
Brownsville, Texas 78526-1538

    Re:   *Flores v. US Customs*
             U.S.D.C. Southern District of Texas-Brownsville

Dear Mr. Downey:

    Kindly advise me as soon as practicable if your client is agreeable to scheduling mediation after the parties have had the opportunity to conduct some discovery. At this stage of the litigation, it is my belief that a mediation would not be productive for either party.

    Additionally, in light of the Court's Order dismissing the Complaint, it is my suggestion that you file a third amended complaint setting forth Mr. Flores' claims so that we may provide a proper response to his claims.

                               Sincerely,

                               Vernon L. Lewis
                               Assistant United States Attorney

cc:    Keith Wyatt, Esq.
        Civil Division Chief

        Carol Blessey, Esq.
        United States Customs Service



DEFENDANT'S EXHIBIT A