UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **JORGE FLORES, ET AL** | § § § | |
| Plaintiffs, | § § | CASE NO.   01-CV-00057 |
| v. | § § | |
| **U.S. CUSTOMS SERVICE,** | § § | |
| Defendant | § § | |

## ORDER GRANTING DEFENDANT'S
## MOTION TO SCHEDULE MEDIATION

Upon consideration of Defendant's Motion to Schedule Mediation, the pleadings, and the applicable law, the Court finds that the Motion is meritorious and should be granted. It is therefore

**ORDERED** that Defendant's Motion to Schedule Mediation is **GRANTED**. The Parties shall attend mediation before United States Magistrate Judge Felix Recio on January 15, 2002 at 1:00 ~~a.m.~~/ p.m.

Signed in Brownsville, Texas on the 14th day of November, 2001.

_____
UNITED STATES DISTRICT JUDGE