Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern
FILED

Date: January 15, 2002 at 1:00 p.m.                JAN 15 2002

Michael N. Milby, Clerk of Court

---

C.A. NO. B01-057 (HGT)

---

| Jorge Flores, et al | * | Denis Downey |
| vs | * | |
| U.S. Customs Service | * | Vernon L Lewis |

---

## MEDIATION

Attorney Denis Downey appears with the Plaintiff, Jorge Flores; Atto[rney] Vernon L Lewis appears for U.S. Customs Service; James De Stefanio and Caro[l] Blessey present on behalf of U.S. Customs Service.

Mediation held before Magistrate Judge Recio.

Agreement reached.