**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE FLORES, ET AL<br>    Plaintiffs,<br>VS<br><br>U.S. CUSTOMS SERVICE<br>    Defendant. | *<br>*<br>*   CIVIL ACTION NO. B-01-057<br>*<br>*<br>* |

### FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on May 15, 2002, the Court considered the Parties' Notice of Settlement [Dkt. No. 20]. The Court, having been advised by counsel that a settlement had been reached, dismisses this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, on _____ day of June 2002.

_____
Hilda Tagle
United States District Judge