UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE FLORES, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CASE NO.   01-CV-00057 |
| v. | § | |
| | § | |
| U.S. CUSTOMS SERVICE, | § | |
| | § | |
| Defendant | § | |

## FINAL JUDGMENT

**WHEREAS** certain putative class members were heretofore dismissed by the Court on October 12, 2001 upon pre-trial motions by the Defendant United States Customs Service,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the claims of the putative class members are **DISMISSED**, without prejudice. Each side shall bear its own costs and attorney's fees.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Brownsville, Texas on the ___13___ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE