UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE FLORES, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CASE NO.   01-CV-00057 |
| v. | § | |
| | § | |
| U.S. CUSTOMS SERVICE, | § | |
| | § | |
| Defendant | § | |

### FINAL JUDGMENT

**WHEREAS** Plaintiff Jorge Flores and Defendant United States Customs Service having entered into a settlement agreement, and having filed an Agreed Notice of Settlement,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action between Plaintiff Jorge Flores and Defendant United States Customs Service is **DISMISSED**, with prejudice. The Court shall retain jurisdiction for up to sixty (60) days from the date of this Final Judgment to enforce the settlement agreement. Each side shall bear its own costs and attorney's fees.

**THIS IS A FINAL JUDGMENT.**

DONE at Brownsville, Texas on the ___13___ day of ___June___, 2002.

_____
UNITED STATES DISTRICT JUDGE